UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-604 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL BUSCH,<br>Defendant. | ) | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 3rd day of February, 2004.

J Earl Cudd

UNITED STATES MAGISTRATE JUDGE

FILED FEB - 3 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____