00-604 JRT/FLN

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

General Mills - Daniel Busch
Garnishee

SUBSCRIBED and SWORN to before me this

15th day of July, 2004.

Melinda A. Manley
NOTARY PUBLIC

MELINDA A. MANLEY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
JUL 19 2004
U.S. DISTRICT COURT MPLS