UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-604 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BUSCH,<br><br>Defendant,<br><br>LLOYDS BARBEQUE,<br><br>Garnishee. | ) | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Daniel Busch, the judgment debtor, and
Lloyds Barbeque, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Daniel Busch.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about July 12, 2004. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about July 19, 2004. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld 25% of the judgment debtor's

disposable earnings each pay period, pursuant to the garnishment order. The payments received by the U.S. Attorney's Office for the last 12 months are reflected on the attached Payment History.

Dated: *September 26, 2005*

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

*s/M. Trippler*

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600