PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 26-SEP-2005 FOR: 1999Z00521/001

DEBTOR: Busch, Daniel
COURT NUMBER: 00-604 JRT/FLN PRIORITY CODE:
CURRENT LIABILITY BALANCE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0018 | PMNT | WA | 16-APR-2004 | AG/A | debtor | | DOE/REG | | $85.40 | 01-MAR-2005 |
| 0020 | PMNT | WA | 18-MAY-2004 | AG/A | debtor | | DOE/REG | | $85.40 | 01-MAR-2005 |

Total Payments for Debtor: $170.80